# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO. 2:25-PO-00027

MAGISTRATE JUDGE JOLSON

Jack M. Carpenter,

    Defendant.

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **DISMISS**.

                                      s/Kimberly A. Jolson
                                      **KIMBERLY A. JOLSON**
                                      **United States Magistrate Judge**

5/8/2025
**DATE**